DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUDE SANON,**
Appellant,

v.

**EDNER SANON,**
Appellee.

No. 4D2025-2931

[July 30, 2026]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Edmond Warren Alonzo III, Judge; L.T. Case No. 562025CC003684AXXXHC.

Jude Sanon, Port St. Lucie, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***